# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| RANDAL N. WIIDEMAN, | ) | |
| Petitioner, | ) | 3: 01-cv-00215-HDM-VPC |
| vs. | ) | |
| | ) | **ORDER** |
| DIRECTOR, NDOP, *et al.,* | ) | |
| Respondents. | ) | |

This is an action on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 which was closed on February 5, 2004. On October 25, 2010, petitioner filed a motion to withdraw exhibits (ECF No. 97) which has been opposed by respondents. The motion shall be denied.

As noted by respondents, the rules permit withdrawal of exhibits only by the party who submitted the exhibits sought. *See* LR 79-1(d). Petitioner did not submit any of the exhibits filed in this matter. Moreover, because petitioner appealed this Court's decision, exhibits may not be withdrawn. *Id.*

**IT IS THEREFORE ORDERED** the petitioner's motion to withdraw exhibits (ECF No. 97) is **DENIED.**

DATED this 15th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE